# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DETRICK QUEONTA BRIGGS,**
**ADC #131003**                                                                                         **PLAINTIFF**

**V.**                      **CASE NO. 4:20-CV-262-BRW-BD**

**SUSAN POTTS,** *et al*.                                                                   **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.    Procedures for Filing Objections

This Recommendation for dismissal has been sent to Judge Billy Roy Wilson. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record.

### II.    Discussion

Plaintiff Detrick Queonta Briggs filed this civil rights lawsuit without the help of a lawyer. He is proceeding *in forma pauperis*. Court rules require plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5. Mr. Briggs was told of his obligation to notify the Court of any change in his address at the outset of this case. (Doc. No. 4)

Mail sent to Mr. Briggs from the Court was returned as "undeliverable" on May 29, 2020. On June 3, the Court ordered Mr. Briggs to update his address within 30 days or risk dismissal of his claims. (Doc. No. 18) As of this date, Mr. Briggs has not notified the Court of his current address.

### III.  Conclusion

The Court recommends that Mr. Briggs's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's June 3 Order requiring him to notify the Court of his current address. The Defendants' motion for summary judgment (Doc. No. 13) should be DENIED, as moot.

DATED this 6th day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE