IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DETRICK QUEONTA BRIGGS,**
**ADC #131003**      **PLAINTIFF**

**V.**      **4:20-cv-262-BRW-BD**

**SUSAN POTTS,** *et al***.**      **DEFENDANTS**

## ORDER

Magistrate Judge Beth Deere has filed a Recommendation for dismissal (Doc. No. 20). The parties have not filed objections. After careful review, I approve and adopt the Recommendation in all respects.

Mr. Briggs's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's June 3, 2020 Order. The pending motion for summary judgment (Doc. No. 13) is DENIED AS MOOT.

IT IS SO ORDERED, this 24th day of July, 2020.

           Billy Roy Wilson_____
           UNITED STATES DISTRICT JUDGE