# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DETRICK QUEONTA BRIGGS,**
**ADC #131003**                                                                                   **PLAINTIFF**

**V.**                                   **4:20-cv-262-BRW-BD**

**SUSAN POTTS,** *et al*.                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 24th day of July, 2020.

                                                          Billy Roy Wilson_____
                                                          UNITED STATES DISTRICT JUDGE